Opinion by DALLINGER, J. It was stipulated that the atomizers in question are similar in all material respects to those the subject of *Rice* v. *United States* (T. D. 49373). The claim at 40 percent under paragraph 339 was therefore sustained.

BEFORE THE THIRD DIVISION, DECEMBER 26, 1940

No. 45076.—Protest 4856–K of A. Reasenberg & Son (New York).

Opinion by CLINE, J. When the case was called for trial the protest was submitted without the introduction of evidence in support of the claim made. As there was nothing in the record to overcome the presumption of correctness attaching to the collector's action the protest was overruled.

BEFORE THE FIRST DIVISION, DECEMBER 30, 1940

No. 45077.—Protest 839753–G/85823 of Swedish Produce Co. (Chicago).

Opinion by BROWN, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protest was dismissed.

No. 45078.—Protest 887464–G of Wm. Shaland (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel and on the authority of Abstract 44122 pipe kazoos in chief value of metal were held dutiable at 45 percent under paragraph 397 and cigarette whistles composed in part of bamboo at 45 percent under paragraph 409, following Abstract 39509.

BEFORE THE SECOND DIVISION, DECEMBER 30, 1940

No. 45079.—Protest 37746–K of Kaufmann Department Stores, Inc. (Pittsburgh).

Opinion by KINCHELOE, J. It was stipulated that the cocoa fiber pile mats in question are similar in all material respects to those the subject of *United States* v. *Penn* (27 C. C. P. A. 242, C. A. D. 93). The claim at 90 percent under paragraph 1529 (a) was therefore sustained.

No. 45080.—Protest 41900–K of C. J. Mentrup Co., Inc. (New York).

Opinion by KINCHELOE, J. It was stipulated that the cocoa fiber pile mats in question are similar in all material respects to those the subject of *United States* v. *Penn* (27 C. C. P. A. 242, C. A. D. 93). The claim at 90 percent under paragraph 1529 (a) was therefore sustained.